No. 385. PEOPLE'S CHURCH OF SAN FERNANDO VALLEY, INC., *v.* COUNTY OF LOS ANGELES ET AL. Supreme Court of California. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *A. L. Wirin* and *Fred Okrand* for petitioner. *Harold W. Kennedy* for respondents. *Charles E. Beardsley* filed a brief for the Orange Grove Monthly Meeting of Friends of Pasadena, as *amicus curiae,* in support of the petition for writ of certiorari.

No. 181, Misc. RUPP *v.* TEETS, WARDEN. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of California granted. *A. J. Zirpoli* for petitioner. *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 346. ANONYMOUS *v.* ANONYMOUS. Court of Appeals of New York. Certiorari denied. *Dora Aberlin* for petitioner. *Peter Campbell Brown, Seymour B. Quel* and *Anthony Curreri* for the City of New York, urging that the petition for writ of certiorari be denied.

No. 352. HAAS *v.* ANDERSON, SECRETARY OF THE TREASURY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Irving R. M. Panzer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *B. Jenkins Middleton* for respondents.